

**CAUSE NO. 12-15-00010-CR**
**CAUSE NO. 12-15-00011-CR**

**IN THE COURT OF APPEALS**

**TWELFTH COURT OF APPEALS DISTRICT**

**TYLER, TEXAS**

| | | |
|---|---|---|
| **KELTON DEREK WILSON,** **APPELLANT** | } | **APPEALED FROM 173RD** |
| **V.** | } | **DISTRICT COURT IN AND FOR** |
| **THE STATE OF TEXAS,** **APPELLEE** | } | **HENDERSON COUNTY, TEXAS** |

**ORDER**

THIS DAY came on to be heard the motion filed by Mr. Steven Green to permit withdrawal of counsel for Appellant, and the same having been considered, it is hereby ORDERED that these causes be remanded to the trial court for consideration and disposition of the motion. (A copy is attached hereto)

In the event counsel is allowed to withdraw, it is FURTHER ORDERED that the trial court conduct a hearing to determine whether: (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent himself on appeal.

It is ADDITIONALLY ORDERED, that once findings are made as to the above three issues, the trial court shall appoint counsel, give Appellant an appropriate deadline for retaining counsel, or administer the appropriate warnings concerning the dangers of self-representation, in accordance with its findings.

FILE COPY

It is FINALLY ORDERED that a supplemental clerk's record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto and the reporter's supplemental record of any hearing conducted be certified to this Court on or before **April 22, 2015**.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this the 25th day of March 2015, A.D.



Respectfully yours,
Cathy S. Lusk, CLERK


By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk